Dear Clerk                                         6-22-17

I wish to Appeal the judgment
Entered IN CASE Number 16-CV-3228

Avery Glass #19633-045#

F.C.C. USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Also I am Requesting my sentencing transcripts
I Filed motion to this office Inregards to
this Matter I Filed as a poor person I Sent
you the proper Motion and a copy of my Accont
for the last 6-12 months. I am very Broke
And I turned IN evidence to support that I am
Broke I Get NO money and I cant work
I am requesting copies of my sentencing transcripts

Please Contact me once you Recieve my
Request for notice of Appeal Request
judgment entered In Case Number 16-CV-3228
I wish to Appeal judgment.
also please let me know About sentencing transcripts Requst

thank you