Dear Clerk                                6-22-17

I wish to Appeal the judgment Entered IN CASE NumbER 16-CV-3228

Avery Glass #19633-045#

F.C.C. USP Allenwood
P.O. Box 3000
White Deer, PA 17887

Also I am Requesting My Sentencing transcripts I Filed Motion to this Office In regards to this Matter I Filed as a poor person I sent you the proper Motion and a copy of My Account for the last 6-12 months. I am Very Broke And I turned IN evidence to support that I am Broke I get NO Money and I cant work I am requesting copies of My Sentencing transcripts

Please Contact Me once you Recieve My Request for Notice of Appeal Request judgment entered IN CASE Number 16-CV-3228 I wish to Appeal judgment.
also please let me know About Sentencing transcripts Request

thank you