to. Clerk                                          6-28-17

I am TRYing to File a Motion to the court, Judge
I Have a terminal cllness Thats LiFe threating
IN F.B.O.p and Ware. it would Be under
compassionate - Release. I am Requesting that you
please Send me the appropiate Forms or motion
So that I can File. This is a CiViL-Matter
I am Deteriouteing

                                              thank
                                              You.

    FEE, USP. AllenWood
    P.O. box 3000
    white DeeR, PA 17887
    Avery glass
    # 19633-045 #

    only my Sentencing judge or judges cant GRanT
This Release x