To: Clerks Office   7/17/17

I sent you a Notice on ~~6-14-17~~
6-14-17 stating that I wish
to File Notice of Appeal
on case Number Judgement
16-CV-3228 this was sent
to your office 6-14-17 which
is the day I Recieved my
answer from laine cardarella.
the U.S. attorney is saying I
cant or didnt File the Motion
I Request that this Matter Be
Cleared up Because this office
And the other clerks office on
East 9th Street Has a letter
From Me reQuesting a Notice of
Appeal. laine cardarella said I
Had 60 Days to do it. I filed
immeadiately. I also sent a
Motion In and a copy of my
Account Fileing as poor person
asking that I Recieve a copy
of My sentencing transcripts, yet
I Have not Recieved anything

Turn over →



You sent Me the proper paper-work Motion so that I CAN File as poor person I Completed this Form & Mailed IN a Copy of my Account for proof. I am Requesting Again that Judge Wimes allow me a Copy of my Sentencing transcripts please.

Respectfully. Avery Glass
19633-045

Also I am trying to File For a Compassionate CAN you send the proper Form for this too, I Have Found New evidence that the United States Attorney Mr James Joeph. Kelleher is connected IN a long time Friendship with the Amber powells Family and Autumn Reene cowens which her uncle is very close Friends Mr. Kelleher located IN Springfield MO. This is Predjudice & Racial disecimination Against Me & My case



For the Fourth Going Recison set Above I Mentioned IN this letter I Movant Declares that the u.s. attorney office And u.s. Attorney A.s.s.t Mr. James Joseph. Kelleher IN springfield MO Be Removed From My case and Asigned to the u.s. District Court House IN Kansascity MO. And the Motion to Vacate under JoHNson Be Reconsidered for time Reduction +