Clerk's office,   7-20-17

Over a month ago I requested copies of my sentencing transcripts, And you sent me a proper motion to fill out to proceed as a poor person. I also sent you a sworn copy of my account from the F.B.O.P. where I recieved 6 months - 12 months which it clearly stated that I am broke

Again I am requesting copies
1. copy of my sentencing transcripts

thank you.

Avery Glass #19633-045
FCC. USP. Allenwood
P.O. box 3000
White Deer, PA 17887

My next step will be writing the court of appeals for a copy of my sentencing transcripts
I done everything I am suppose to have done this court has choose to ignore my request for sentencing transcripts